644 A.2d 580

IN THE MATTER OF BRETT K. KATES,
AN ATTORNEY AT LAW.

July 7, 1994.

**ORDER**

The Disciplinary Review Board having filed a report with the Court, recommending that **BRETT K. KATES** of **CHERRY HILL,** who was admitted to the bar of this State in 1987, be suspended from the practice of law for a period of three months, for failure to act with reasonable diligence, in violation of *RPC* 1.3; failure to comply with a client's reasonable request for information about the status of a matter, in violation of *RPC* 1.4(a); and failure to cooperate fully with the ethics authorities, in violation of *RPC* 8.1(b), and good cause appearing;

It is ORDERED that the report and recommendation of the Disciplinary Review Board are adopted and **BRETT K. KATES** is hereby suspended from the practice of law for a period of three months, effective August 1, 1994, and until further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with Regulation 23 of the Administrative Guidelines Governing Suspended Attorneys; and it is further

ORDERED that respondent reimburse the Ethics Financial Committee for appropriate administrative costs incurred in the prosecution of this matter.